PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jamal S Mitchell                                   Cr.: 13-00414-001
                                                                     PACTS #: 49429

Name of Sentencing Judicial Officer:   THE HONORABLE ORINDA EVANS, U.S.D.J. – ND/GA
Name of New Judicial Officer:          THE HONORABLE CLAIRE CECCHI, U.S.D.J. – D/NJ

Date of Original Sentence: 10/29/2008

Original Offense: Conspiracy to Possess at Least 5 Kilograms of Cocaine with Intent to Distribute

Original Sentence: 63 months custody, 60 months supervised release

Special Conditions: DNA testing, Drug Treatment, Search/Seizure, Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/17/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On February 13, 2015, the offender provided a urine sample which tested positive for cocaine. He signed a substance abuse admission form admitting to using cocaine. |

U.S. Probation Officer Action:
The offender was given a verbal reprimand for his substance abuse and is being referred for outpatient substance abuse counseling.

                                                       Respectfully submitted,
                                                       *Patrick J. Hattersley*

                                                       By: Patrick Hattersley
                                                           U.S. Probation Officer
                                                       Date: 03/12/2015

Prob 12A – page 2
Jamal S Mitchell

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 12, 2015
_____
Date